## 15092.  PULLIAM v. THE STATE.

BLOODWORTH, J. 1. As the brief of plaintiff in error contains no general insistence on all of the grounds of the motion for a new trial, and does not refer to the special grounds of the motion, they will be treated as abandoned.

2. There is ample evidence to support the verdict.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED DECEMBER 5, 1923.

Indictment for manufacture of liquor; from Cobb superior court —Judge Blair.  September 8, 1923.

*H. B. Moss,* for plaintiff in error.

*John S. Wood, solicitor-general,* contra.

---

## 15093.  STAFFORD v. THE STATE.

BROYLES, C. J.  This case having been submitted subject to the payment of costs within ten days, and the costs not having been paid within such time, the writ of error must be dismissed.

*Writ of error dismissed.  Luke and Bloodworth, JJ., concur.*

DECIDED DECEMBER 5, 1923.

Accusation of carrying pistol without license; from city court of Oglethorpe—Judge Greer.  September 10, 1923.

*Jere M. Moore,* for plaintiff in error.

*John B. Guerry, solicitor,* contra.

---

## 15094.  STAFFORD v. THE STATE.

BROYLES, C. J.  This case having been submitted subject to the payment of costs within ten days, and the costs not having been paid within such time, the writ of error must be dismissed.

*Writ of error dismissed.  Luke and Bloodworth, JJ., concur.*

DECIDED DECEMBER 5, 1923.

Accusation of shooting on highway; from city court of Oglethorpe—Judge Greer.  September 10, 1923.

*Jere M. Moore,* for plaintiff in error.

*John B. Guerry, solicitor,* contra.